W. H. Wheeler & Company v. S. M. N. Marrs, State. Superintendent of Public Instruction.

No. 4382.    Decided June 10, 1925.

(273 S. W., 793).

School Text Books—Contract—Waiver and Election—Mandamus—Suit Against State—Case Followed.

This case being governed by the rulings in Laidlaw Bros., Inc. v. Marrs, 114 Texas, 561, mandamus is awarded in accordance with the opinion therein, which is approved and followed. (P. 572).

Original application to the Supreme Court by W. H. Wheeler & Co., for writ of mandamus against Marrs, as Superintendent of Public Instruction.

*W. H. Keeling,* for relator.

*Dan Moody,* Attorney-General, and *Wright Morrow, C. A. Wheeler,* and *L. C. Sutton,* Assistants (*W. G. Love,* of counsel) for respondent.

MR. JUSTICE PIERSON delivered the opinion of the court.

Relator seeks a mandamus against respondent to require him to do and perform the ministerial or statutory duties which it has a legal right to have performed in regard to its contract with the State of Texas for the purchase of certain textbooks, to-wit: Wheeler's Literary Readers, Books Four, Five, Six, and Seven.

The facts and the issues in this case are, in all material respects, the same as in the case of Laidlaw Brothers, Incorporated, vs. S. M. N. Marrs, state Superintendent, opinion delivered June 8, 1925 (114 Texas, 561, and were given careful attention in the consideration of that case. For the reasons stated in that case, the writ of mandamus is awarded herein.